FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 0 9 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 9:12CR 28 |
| | § | Clark/Hawthorn |
| JONESHIA CRANFORD | § | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**Count One**

> Violation:  42 U.S.C. § 1320d-6(a)(2)
> and (3) and (b)(3) (Wrongful Disclosure
> of Individually Identifiable Health
> Information)

Beginning in or around the end of 2005, and continuing through in or around

February 2008, in Angelina County, within the Eastern District of Texas, **Joneshia**

**Cranford**, defendant herein, who was then an employee of a health care provider, did,

knowingly obtain individually identifiable health information relating to an individual,

namely information created or received by a health care provider, health plan, public

health authority, employer, life insurer, school or university, or health care clearinghouse,

and information relating to the past, present, or future physical or mental health or

condition of an individual, the provision of health care to an individual, or the past,

present, or future payment for the provision of health care to an individual, including

Information – Page 1

patient names, dates of birth, social security numbers, Medicare numbers, and Medicaid

numbers, and disclose individually identifiable health information to other persons, S.A.

and F.I., with the intent to sell, transfer, or use individually identifiable health

information for personal gain and for a purpose other than permitted by 42 U.S.C. §§

1320d et seq., in violation of 42 U.S.C. § 1320d-6(a)(2) and (3) and (b)(3).


JOHN M. BALES
UNITED STATES ATTORNEY


*/s/ Nathaniel C. Kummerfeld*
NATHANIEL C. KUMMERFELD
Special Assistant United States Attorney
Texas Bar No. 24060122
110 N. College, Ste. 700
Tyler, TX  75702
(903) 590-1400
(903) 590-1439 (fax)
Nathaniel.Kummerfeld@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

UNITED STATES OF AMERICA § 
§ 
v. §      No. 9:12CR *28*
§ 
JONESHIA CRANFORD § 

## NOTICE OF PENALTY

### Count One

VIOLATION:      Title 42, United States Code, Section 1320d-6(a)(2) and (3) and (b)(3)
Wrongful Disclosure of Individually Identifiable Health Information

PENALTY:      Imprisonment of not more than ten (10) years, and/or a fine of $250,000 to be followed by not more than three (3) years supervised release.

SPECIAL ASSESSMENT: $100.00 each count